IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-80-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JENNIE SUE PACOT, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Change of Plea Hearing set for Tuesday, August 8, 2017, at 9:30 a.m. is **VACATED** and RESET for **Wednesday, August 9, 2017 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider her motion to change her plea of not guilty to a plea of guilty.

DATED this 7th day of August, 2017.

SUSAN P. WATTERS
United States District Judge