IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIE SUE PACOT,<br><br>Defendant. | CR-15-80-BLG-SPW<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

Upon Defendant's Motion for Early Termination of Supervised Release (Doc. 49) and pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Jennie Sue Pacot's term of supervised release is terminated as of the date of this order.

DATED this 31st day of July, 2023.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE